ind refused, after receiving the amount coming to him, to assign the bond and mortgage, as he had agreed to do in his contract. The damages the plaintiff was entitled to recover was the value of such bond and mortgage after the defendant had received the moneys due him. The defendant received and collected $924.90 which belonged to the plaintiff, and that sum the plaintiff was entitled to recover of the defendant. It was stipulated upon the trial that the only question in the case is, who is entitled to the interest upon $5,000 provided in the contract of sale? A statement of the plaintiff's claim, including computation of interest, was by agreement of parties received in evidence. It showed the balance due according to the claim of the plaintiff. We see no reason for reversing the judgment appealed from. It should be affirmed. All concur.

---

(66 Hun, 626.)

BOARDMAN, Appellant, v. METROPOLITAN EL. R. CO., Respondent.

(Supreme Court, General Term, First Department. November 18, 1892.)

Action by Hannah E. Boardman against the Metropolitan Elevated Railway Company.
No opinion. Motion denied, with $10 costs. See 21 N. Y. Supp. 676.

---

(66 Hun, 626.)

In re DE AINZ.

(Supreme Court, General Term, First Department. November 18, 1892.)

No opinion. Motion granted, with $10 costs.

---

(66 Hun, 627.)

FIRST NAT. BANK OF SING SING v. KNEVALS et al.

(Supreme Court, General Term, First Department. November 18, 1892.)

Action by the First National Bank of Sing Sing against Caleb B. Knevals and others.
No opinion. Motion denied. See 21 N. Y. Supp. 1058.

---

(66 Hun, 627.)

HECLA CONSOLIDATED GOLD MIN. CO. v. O'NEILL.

(Supreme Court, General Term, First Department. November 18, 1892.)

Action by the Hecla Consolidated Gold Mining Company against William L. O'Neill.
No opinion. Motion granted. See 19 N. Y. Supp. 592; 22 N. Y. Supp. 130.

---

(66 Hun, 627.)

MEISE v. DOSCHER et al.

(Supreme Court, General Term, First Department. November 18, 1892.)

Action by Louise Meise against John H. Doscher and others.
No opinion. Motion denied, without costs.